**\*E-FILED 9/10/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG,<br><br>    Plaintiff,<br>  v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTRPRENEURSHIP AND TRAINING SOCIETY, PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C08-02658 HRL<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 3] |

Plaintiff's request to continue the initial case management conference is granted in part as follows:

1. The initial case management conference set for September 16, 2008 is **continued to December 16, 2008, 1:30 p.m. in Courtroom 2**. The parties' joint case management statement shall be filed no later than **December 9, 2008**. If service upon defendants has not been completed by then, plaintiff shall file a report no later than **December 9, 2008** detailing the status of her efforts to effect service of process.

2. No later than **December 9, 2008**, the parties shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a

1  Magistrate Judge and Request for Reassignment to a United States District Judge.  The forms
2  are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.
3      SO ORDERED.
4  Dated:  September 10, 2008

                                      HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1  **A copy of this document will be mailed to**:

2  Mandana D Farhang
   Post Office Box 274
3  Tiburon, CA 94920

4           Pro Se Plaintiff