**United States District Court**
For the Northern District of California

**\*E-FILED 12/12/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG, | No. C08-02658 HRL |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S SECOND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTRPRENEURSHIP AND TRAINING SOCIETY, PARTHA P. CHAKRABARTI, PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1-100, | [Re: Docket No. 5] |
| Defendants. | |

Plaintiff's request to continue the initial case management conference is denied. Plaintiff shall appear for at the conference set for December 16, 2008, 1:30 p.m. to discuss the status of this matter.

SO ORDERED.

Dated:   December 12, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Mandana D Farhang
Post Office Box 274
Tiburon, CA 94920

      Pro Se Plaintiff