1  MANDANA D. FARHANG
   P.O. Box 274
2  Tiburon, California 94920
   Telephone: (415) 577-6540
3  e-mail: mandanafarhang@gmail.com

4  Plaintiff, appearing *pro se*

FILED

JUL 0 6 2009

CLERK,
NORTHERN ... COURT
... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG,<br><br>Plaintiff,<br><br>vs.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABHARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; and ANIMESH NASKAR,<br><br>Defendants. | Case No. CV-08-02658 RMW HRL<br><br>**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date: July 31, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 6, 4th Floor<br>Before: Hon. Ronald M. Whyte |

Plaintiff, Mandana D. Farhang ("Farhang"), submits the following response to the motion of defendant Indian Institute of Technology, Kharagpur ("IITK"), to dismiss Farhang's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

## THE MOTION SHOULD BE TREATED AS MOOT.

Farhang contends that the abovementioned motion is without merit. Without abandoning that contention, Farhang elects, pursuant to Federal Rule of Civil Procedure 15(a), to file her First Amended Complaint for Damages (the "FAC") in the present action. The FAC: (a) eliminates Farhang's previously asserted claims for breach of the covenant of good faith and fair dealing, interference with prospective economic contract [sic], tortious interference, conspiracy, and aiding and abetting; (b) substantially supplements and clarifies the allegations setting forth Farhang's claims for breach of contract, fraud and deceit, and breach of fiduciary duty; (c) adds a claim, largely on the basis of previously alleged facts, for misappropriation of trade secrets; and (d) drops Farhang's previous demand for a jury. In sum, each of the claims set forth in the FAC is one upon which relief may be granted, and none of those claims has been addressed, in its present form, by IITK's Rule 12(b)(6) motion to dismiss. Farhang therefore respectfully requests that the Court treat the motion as moot.

DATED:   July 6, 2009

_____
Mandana Farhang

Plaintiff, appearing *pro se*

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | Tessie Francisco declares: |
| 3 | 1. I am over twenty-one years of age and am not a party to the above-named action. |
| 4 | My business address is 425 California Street, Nineteenth Floor, San Francisco, CA 94104. |
| 5 | 2. On July 6, 2009, I served the attached |
| 6 | PLAINTIFF'S RESPONSE TO MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL |
| 7 | PROCEDURE 12(b)(6) |
| 8 | on the parties to this action. |
| 9 | 3. Service was made by delivering a true copy of that document by hand to: |
| 10 | I. Neel Chatterjee |
| | Orrick, Herrington & Sutcliffe LLP |
| 11 | 1000 Marsh Road |
| | Menlo Park, CA 94025 |
| 12 | |
| 13 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 14 | true. |
| 15 | DATED: July 6, 2009 |
| 16 | |
| 17 | _____ |
| | Tessie Francisco |

PLAINTIFF'S RESPONSE TO MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)
Farhang v. Indian Institute of Technology, et al.
Case No. CV-08-02658 RMW HRL
2