1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
     tsutton@orrick.com
3  NITIN GAMBHIR (STATE BAR NO. 259906)
     ngambhir@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400              ***E-FILED - 8/12/09***
6  Facsimile:     650-614-7401

7  Attorneys for Defendant
   INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  MANDANA D. FARHANG,                     Case No.  C-08-02658-RMW (HRL)

14            Plaintiff,                    **STIPULATION REQUESTING
                                            RESCHEDULING OF CASE
15       v.                                 MANAGEMENT CONFERENCE
                                            AND [] ORDER**
16  INDIAN INSTITUTE OF TECHNOLOGY
    KHARAGPUR; TECHNOLOGY                   Date:    August 21, 2009
17  ENTREPRENEURSHIP AND TRAINING           Time:    10:30 a.m.
    SOCIETY; PARTHA P. CHAKRABARTI;         Judge:   Honorable Ronald M. Whyte
18  PALLAB DASGUPTA; PRAVANJAN
    CHOUDHRY; SUBRAT PANDA;
19  ANIMESH NASKAR; and DOES 1-100,,

20            Defendants.

21

22

23

24

25

26

27

28

1    Defendant Indian Institute of Technology, Kharagpur ("IIT") through its

2  undersigned counsel, and Plaintiff *pro se* Mandana D. Farhang ("Ms. Farhang"), hereby submit

3  this Stipulation and [Proposed] Order to request the Court to move the case management

4  conference.

5    **WHEREAS**, there is currently a Case Management Conference scheduled for

6  August 21, 2009, 10:30 a.m.

7    **WHEREAS**, on July 9, 2009, Ms. Farhang filed her First Amended Complaint

8  against IIT.

9    **WHEREAS**, on July 23, 2009, IIT filed Motion To Dismiss First Amended

10  Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Dismiss the First

11  Amended Complaint for Lack of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, and

12  Pursuant to the Doctrine of Forum Non-Conveniens ("the Motions").  The hearing on the Motions

13  is scheduled for September 25, 2009, 9:00 a.m.

14    **WHEREAS**, the parties agree that the Case Management Conference should be

15  moved, subject to approval of the Court, to a date until after the Court has ruled on the Motions.

16  The Court's ruling on the Motions will either resolve the case or likely substantially define the

17  issues for discovery, motion practice or potential trial.

18    **WHEREAS**, this stipulation shall in no way constitute consent by IIT to this

19  Court's jurisdiction, nor waiver of IIT's sovereign immunity.

20    **THEREFORE**, IIT and Ms. Farhang hereby stipulate to move the Case

21  Management Conference in this matter, previously scheduled for August 21, 2009, to a date until

22  after the Motions have been resolved.

23

24    **IT IS SO STIPULATED**.

25

26

27

28

1   Dated:  August 6, 2009                    ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                             /s/ I. Neel Chatterjee /s/
                                              I. NEEL CHATTERJEE
4                                             Attorneys for Defendants
                                              INDIAN INSTITUTE OF TECHNOLOGY
5                                             KHARAGPUR

6

7   *Aug 6, 2009*

8

9                                             *Mandana D. Farhang*

10                                            Mandana D. Farhang
                                              Plaintiff, appearing *pro se*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[ ORDER]**

2

3      **GOOD CAUSE HAVING BEEN SHOWN**, the hearing date for the Case

4   Management Conference, currently scheduled for August 21, 2009, shall hereby be rescheduled

5   to a date until after the Motions have been resolved.  The Case Management Conference is hereby

6   continued to October 30, 2009 at 10:30 a.m.

7

8
    **IT IS SO ORDERED.**
9

10

11   Dated:__8/12/09_____       _____

                                     Honorable Ronald M. Whyte
12                                   United States District Judge
                                     Northern District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 7, 2009.

4

Dated:  August 7, 2009                                    Respectfully submitted,

5
                                                                     /s/ I. Neel Chatterjee /s/
6                                                                     I. Neel Chatterjee

7   OHS West:260707320.1
    20815-2001

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND [] ORDER
C-08-02658-RMW (HRL)