1  MANDANA D. FARHANG
   P.O. Box 274
2  Tiburon, CA 94920
   Telephone: (415) 577-6540
3  e-mail: mandanafarhang@gmail.com

4  Plaintiff, appearing *pro se*

E-filing
**FILED**

AUG 1 2 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG, | Case No.:C08-02658 RMW HRL |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DEADLINES AND HEARING DATE** |
| vs. | |
| INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; and ANIMESH NASKAR, | Date: August 28, 2009<br>Time: 9:00 A.M.<br>Judge: Honorable Ronald M. Whyte |
| Defendants. | |

1  Plaintiff *pro se* Mandana D. Farhang ("Ms. Farhang") and Defendant Indian Institute of
2  Technology Kharagpur ("IITK"), through its counsel of record, hereby submit this stipulation to
3  continue the hearing on IITK's Motion To Dismiss First Amended Complaint pursuant to Federal
4  Rule of Civil Procedure 12(b)(6) and Motion to Dismiss the First Amended Complaint for Lack
5  of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, and Pursuant to the Doctrine of
6  Forum Non-Conveniens ("the Motions") from August 28, 2009 at 9:00 a.m. to September 25,
7  2009 at 9:00 a.m.

8  **THEREFORE, IT IS HEREBY STIPULATED** that, due to the need for additional time
9  by the plaintiff *pro se* Ms. Farhang, Ms. Farhang and IITK, through its counsel of record agree
10 that:

11  1.  Plaintiff Ms. Farhang's opposition to the Motions may be filed and served by email on
12  August 31, 2009, rather than on August 7, 2009;

13  2.  IITK's reply to Ms. Farhang's opposition may be filed on September 11, 2009, rather
14  than on August 14, 2009.

15  3.  The hearing set for August 28, 2009, at 9:00 a.m., be continued to September 25,
16  2009, at 9:00 a.m., or such other date and time as the Court may set.

17  4.  This stipulation shall in no way constitute consent by IITK to this Court's jurisdiction,
18  nor waiver of IITK's sovereign immunity. This stipulation shall in no way alter, modify, or
19  otherwise affect the positions advanced by either party in the First Amended Complaint and the
20  Motions.

**STIPULATION AND P~~ROPOSED~~ ORDER**     OHS
*Farhang v. Indian Institute of Technology, et al..*   West:260704616
**Case No. CV-08-02658 RMW HRL**            .1

2

Dated: Aug 3, 2009

_____
Mandana D. Farhang
Plaintiff, appearing *pro se*

Dated: August 3, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: Nitin Gambhir
ATTORNEYS for Defendants

INDIAN INSTITUTE OF TECHNOLOGY

KHARAGPUR

MANDANA D. FARHANG
P.O. Box 274
Tiburon, CA 94920
Telephone: (415) 577-6540
e-mail: mandanafarhang@gmail.com

Plaintiff, appearing *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG<br><br>Plaintiff,<br>vs.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; and ANIMESH NASKAR,<br><br>Defendants. | Case No.:C08-02658 RMW HRL<br><br>**DECLARATION OF MANDANA D. FARHANG IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME TO RESPOND TO DEFENDANT IIT KHARAGPUR'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND TO ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION, LACK OF SUBJECT MATTER JURISDICTION, AND PURSUANT TO DOCTRINE OF FORUM NON CONVENIENS** |

I, Mandana D. Farhang, hereby declare as follows:

1.   I am the plaintiff in the above captioned case. I am submitting this declaration pursuant to Local Rule 6-2, in support of my Stipulated Request to Change Time to Respond to Defendant Indian Institute of Technology Kharagpur's ("IITK's") Motion To Dismiss First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to

DECL. OF MANDANA FARHANG IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME TO RESPOND TO
DEFENDANT IITK'S MOTIONS TO DISMISS
*Farhang v. Indian Institute of Technology, et al..*
Case No. CV-08-02658 RMW HRL

1

Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, and Pursuant to the Doctrine of Forum Non-Conveniens ("the Motions").

2. My opposition to the Motions is currently due on August 7, 2009.

3. On July 21, 2009 I filed a Notice of Unavailability from the jurisdiction from August 7 to August 17, 2009. Although I have tried my best to complete my responses before departing from the jurisdiction, due to the complexity of the issues, I am unable to do so.

4. I respectfully request that this Court enlarge the time to respond to the Motions by 14 days from my return to the jurisdiction on August 17, namely to August 31, 2009.

5. On Thursday July 30, 2009, I requested a stipulation from IITK's counsel for the enlargement of time. On August 3, 2009 the parties executed a Joint Stipulation, as filed with the Court.

6. With respect to previous time modifications in the case, on April 22, 2009 Defendant IITK requested an additional 60 days to respond to the Complaint. When I was confident that IITK's counsel understood that my agreement stipulate to the extension did not represent my waiver of Orrick's conflict of interest to represent IITK, I agreed to stipulate to, and the Court also granted, IITK's requested 60 day extension.

7. I will suffer substantial harm and prejudice if I am not given the enlargement of time to respond to the Motions because my case will likely be dismissed.

8. I do not feel that this short delay will have a material impact on the case

I declare under penalty of perjury that the foregoing declaration is true and correct. Executed on August _3_, 2009 in San Francisco, California

Respectfully Submitted By:

Mandana D. Farhang
Plaintiff, appearing pro se

DECL. OF MANDANA FARHANG IN SUPPORT OF STIPULATED REQUEST TO CHANGE TIME TO RESPOND TO DEFENDANT IITK'S MOTIONS TO DISMISS
*Farhang v. Indian Institute of Technology, et al.*
Case No. CV-08-02658 RMW HRL

2

**ORDER**

Pursuant to the foregoing STIPULATION of the parties:

1. Plaintiff Ms. Farhang's opposition to the Motions may be filed and served via email on August 31, 2009, rather than on August 7, 2009;

2. IITK's reply to Ms. Farhang's opposition may be filed and served via email on September 11, 2009, rather than on August 14, 2009.

3. The hearing is set for September 25, 2009, at 9:00 a.m.

Dated: 8/12/09



By: Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION AND ~~PROPOSED~~ ORDER
*Farhang v. Indian Institute of Technology, et al..*
**Case No. CV-08-02658 RMW HRL**

4