I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Defendant
INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR

*E-FILED - 9/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR; and DOES 1-100,,<br><br>　　　　　Defendants. | Case No.  C-08-02658-RMW (HRL)<br><br>**STIPULATION AND [] ORDER EXTENDING TIME TO FILE REPLY BRIEF AND CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Date:    September 25, 2009<br>Time:    9:00 A.M.<br>Judge:   Honorable Ronald M. Whyte |

Defendant Indian Institute of Technology, Kharagpur through its undersigned counsel, and Plaintiff *pro se* Mandana D. Farhang, hereby submit this Stipulation and [Proposed] Order Extending Time to File Reply Brief and Continuing Hearing on Motion to Dismiss.

**WHEREAS**, on July 23, 2009, IIT filed its Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, Lack of Subject Matter Jurisdiction, and Pursuant to the Doctrine of Forum Non-Conveniens. The hearing is scheduled for September 25, 2009, 9:00 A.M.;

**WHEREAS**, on August 31, 2009, Ms. Farhang filed her Opposition to IIT's Motion;

**WHEREAS**, Ms. Farhang agrees to extend the time, until Monday, September 14, 2009, for IIT to file and serve its Reply in support of its Motion in exchange for IIT's agreement to continue the hearing on said Motion until October 30, 2009.

**WHEREAS**, this stipulation does not constitute consent by IIT to this Court's jurisdiction, nor waiver of IIT's sovereign immunity.

**IT IS SO STIPULATED**.

Dated: September 11, 2009                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                                              /s/ Theresa A. Sutton /s/
                                                                              Theresa A. Sutton
                                                                              Attorneys for Defendants
                                                                              INDIAN INSTITUTE OF TECHNOLOGY
                                                                              KHARAGPUR

Dated: September 11, 2009                              /s/ Mandana Farhang /s/
                                                                              Mandana Farhang
                                                                              Plaintiff, Appearing *pro se*

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 11, 2009                              Respectfully submitted,

                                                                              /s/ Theresa A. Sutton /s/
                                                                              Theresa A. Sutton

1

**[ ORDER]**

2

3       **GOOD CAUSE HAVING BEEN SHOWN**, the hearing date for IIT's Motion to

4 Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, Lack of Subject Matter

5 Jurisdiction, and Pursuant to the Doctrine of Forum Non-Conveniens, currently scheduled for

6 September 25, 2009, shall hereby be rescheduled to October 30, 2009.  IIT's Reply memorandum

7 in support of its Motion shall be filed no later than Monday, September 14, 2009.

8 *The Court also continues the Case Management Conference to October 30, 2009 @ 10:30 am.

**IT IS SO ORDERED.**

9

10 Dated: _9/24/09_

*Ronald M. Whyte*

11                                             Honorable Ronald M. Whyte
                                            United States District Judge
                                            Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 11, 2009.

Dated: September 11, 2009         Respectfully submitted,

                                  /s/ Theresa A. Sutton /s/
                                  Theresa A. Sutton

OHS West:260726097.1         - 1 -         STIPULATION AND [] ORDER RE
                                           MOTION TO DISMISS
                                           C-08-02658-RMW (HRL)