I. NEEL CHATTERJEE (STATE BAR NO. 173985)
  nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
  tsutton@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
  ngambhir@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR

*E-FILED - 12/10/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR; and DOES 1-100,,<br><br>Defendants. | Case No. C-08-02658-RMW (HRL)<br><br>**STIPULATION AND [] ORDER SETTING HEARING FOR JANUARY 12, 2010, RE PLAINTIFFS' MOTION TO DISQUALIFY AND DEFENDANT IIT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>Date:   January 12, 2010<br>Time:   9:00 A.M.<br>Judge:  Honorable Ronald M. Whyte |

Defendant Indian Institute of Technology, Kharagpur and Plaintiff Mandana D. Farhang, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order Setting Hearing for January 12, 2010.

On October 30, 2009, the Court instructed the parties to propose a mutually agreeable date to the Court on which the Court shall hold an evidentiary hearing related to Farhang's Motion to Disqualify (Dkt. No. 29), as well as a hearing on IIT's Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 60).

The parties hereby propose that the above-mentioned hearings be held on Friday, January 12, 2010, at 9:00 A.M., or as soon thereafter as is convenient to the Court.

This Stipulation does not constitute consent by IIT to this Court's jurisdiction, nor waiver of IIT's assertion of sovereign immunity.

**IT IS SO STIPULATED**.

Dated: December 8, 2009                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       /s/ Theresa A. Sutton /s/
                                       Theresa A. Sutton
                                       Attorneys for Defendants
                                       INDIAN INSTITUTE OF TECHNOLOGY
                                       KHARAGPUR


Dated: December 8, 2009                /s/ Micah Jacobx /s/
                                       Micah Jacobs
                                       On behalf of Plaintiff
                                       MANDANA D. FARHANG


**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 8, 2009                Respectfully submitted,

                                       /s/ Theresa A. Sutton /s/
                                       Theresa A. Sutton

OHS West:260726097.1                                   STIPULATION AND [] ORDER RE
                                                       HEARINGS
                                                       C-08-02658-RMW (HRL)

| | |
|---|---|
| 1 | **[ ORDER]** |
| 2 | |
| 3 | The evidentiary hearing for Plaintiff's Motion to Disqualify and for IIT's Motion to |
| 4 | Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, Lack of Subject Matter |
| 5 | Jurisdiction, and Pursuant to the Doctrine of Forum Non-Conveniens, shall hereby be scheduled |
| 6 | for January 12, 2010 at 9:00 A.M. |

**IT IS SO ORDERED.**

Dated: 12/10/09

*Ronald M. Whyte* (signature)

Honorable Ronald M. Whyte
United States District Judge
Northern District of California

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 8, 2009.

Dated: December 8, 2009          Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton