**\*E-FILED 12-23-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG, | No. C08-02658 RMW (HRL) |
| Plaintiff, <br> v. | **ORDER RE PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY** |
| INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTRPRENEURSHIP AND TRAINING SOCIETY, PARTHA P. CHAKRABARTI, PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1-100, | |
| Defendants. | |

Plaintiff has filed a "Motion in the Alternative for Jurisdictional Discovery" (Docket No. 87). That motion has been referred to the undersigned for resolution. This court understands, however, that there is a pending motion to disqualify defense counsel. Plaintiff's motion for jurisdictional discovery shall be re-noticed for a date on this court's civil law and motion calendar, in accordance with Civil Local Rule 7, following the resolution of plaintiff's motion to disqualify.

SO ORDERED.

Dated: December 23, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-02658-RMW Notice has been electronically mailed to:

2  Craig R. Kaufman ckaufman@orrick.com, hlee@orrick.com

3  I. Neel Chatterjee nchatterjee@orrick.com, adalton@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

4  Nitin Gambhir ngambhir@orrick.com

5  Theresa Ann Sutton tsutton@orrick.com, aako-nai@orrick.com, ygreer@orrick.com

7  A copy of this document will be mailed to:

8  Mandana D Farhang
   Post Office Box 274
9  Tiburon, CA 94920

10         Pro Se Plaintiff