1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2  THERESA A. SUTTON (STATE BAR NO. 211857)
    tsutton@orrick.com
3  NITIN GAMBHIR (STATE BAR NO. 259906)
    ngambhir@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:   650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendant
   INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR

*E-FILED - 1/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR; and DOES 1-100,<br><br>Defendants. | Case No.  C-08-02658-RMW (HRL)<br><br>**STIPULATION AND []<br>ORDER SETTING HEARING FOR JANUARY 22, 2010, RE DEFENDANT IIT'S MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>Date:   January 22, 2010<br>Time:  9:00 A.M.<br>Judge: Honorable Ronald M. Whyte |

Defendant Indian Institute of Technology, Kharagpur and Plaintiff Mandana D. Farhang, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order Setting Hearing for January 22, 2010.

On January 13, 2010, the Court ordered the parties to "confer regarding a hearing date for the pending motion to dismiss for lack of personal jurisdiction, lack of subject matter jurisdiction, and pursuant to the doctrine of forum non conveniens." Docket No. 98.

The parties hereby propose that the above-mentioned hearing be held on Friday, January 22, 2010, at 9:00 A.M., or as soon thereafter as is convenient to the Court.

This Stipulation does not constitute consent by IIT to this Court's jurisdiction, nor waiver of IIT's assertion of sovereign immunity.

**IT IS SO STIPULATED**.

Dated: January 14, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

                               /s/ Theresa A. Sutton/s/
                               Theresa A. Sutton
                               Attorneys for Defendants
                               INDIAN INSTITUTE OF TECHNOLOGY
                               KHARAGPUR

Dated: January 14, 2010        /s/ Micah Jacobs /s/
                               Micah Jacobs
                               On behalf of Plaintiff
                               MANDANA D. FARHANG

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 14, 2010        Respectfully submitted,

                               /s/ Theresa A. Sutton/s/
                               Theresa A. Sutton

| | |
|---|---|
| 1 | **[ ORDER]** |
| 2 | |
| 3 | The hearing for IIT's Motion to Dismiss the First Amended Complaint for Lack of |
| 4 | Personal Jurisdiction, Lack of Subject Matter Jurisdiction, and Pursuant to the Doctrine of Forum |
| 5 | Non-Conveniens, shall hereby be scheduled for January 22, 2010 at 9:00 A.M. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | Dated: _ 1/21/10 _____ |

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge
Northern District of California

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 14, 2010.

Dated: January 14, 2010     Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton