1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
     nchatterjee@orrick.com
2   THERESA A. SUTTON (STATE BAR NO. 211857)
     tsutton@orrick.com
3   NITIN GAMBHIR (STATE BAR NO. 259906)
     ngambhir@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road Menlo Park, CA  94025
5   Telephone:     650-614-7400
    Facsimile:     650-614-7401

Attorneys for Defendant
INDIAN INSTITUTE OF TECHNOLOGY
KHARAGPUR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company charted in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  C-08-02658-RMW HRL<br><br>**[PROPOSED] ORDER GRANTING INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)** |

On _____, 2010, Defendant Indian Institute of Technology, Kharagpur's Motion To Dismiss Second Amended Complaint Pursuant To Fed.R.Civ.P. 12(b)(6) came for hearing in the above-captioned court. Neel Chatterjee appeared on behalf of IIT. Micah Jacobs appeared for plaintiffs Mandana Farhang and M.A. Mobile.

After reviewing and considering the papers on file relating to this Motion, and all arguments of counsel thereon, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

Defendant IIT's Motion To Dismiss Second Amended Complaint Pursuant To Fed.R.Civ.P. 12(b)(6) is GRANTED, and Plaintiff's Second Amended Complaint is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: _____

THE HONORABLE RONALD M. WHYTE
United States District Judge
Northern District of California