**E-FILED on** 5/10/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>Defendants. | No. C-08-02658 RMW<br><br><br><br>ORDER REGARDING DISCOVERY<br><br><br><br>**[Re Docket No. 128]** |

The court has received the parties' proposals for limited discovery pending the outcome of defendants' motions. The court notes that plaintiffs have failed to specify when they anticipate that all defendants will have been served, despite the court's order to do so. The court hereby orders the following:

1. Plaintiffs shall serve defendants with a trade secret disclosure list, identifying the trade secrets at issue pursuant to Cal. Code Civ. Proc. § 2019.210, within 14 days of this order.

ORDER REGARDING DISCOVERY—No. C-08-02658 RMW
CCL

2. The parties shall exchange their Rule 26 Initial Disclosures within 30 days after the trade secret disclosure list has been served.

3. All other discovery is stayed until the court rules on the various motions currently pending. *See* Dkt. Nos. 112, 120, 124, 126.

DATED:   5/10/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Micah R. Jacobs        mjacobs@mbvlaw.com

**Counsel for Defendant IIT:**

I. Neel Chatterjee        nchatterjee@orrick.com
Nitin Gambhir        ngambhir@orrick.com
Theresa Ann Sutton        tsutton@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    5/10/10                        CCL
                                                       **Chambers of Judge Whyte**