1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  G. HOPKINS GUY, III (STATE BAR NO. 124811)
   hopguy@orrick.com
3  NITIN GAMBHIR (STATE BAR NO. 259906)
   ngambhir@orrick.com
4  CHRISTOPHER B. YEH (STATE BAR NO. 262991)
   cyeh@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Defendant
   INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

| 14 | M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG, | Case No.  C-08-02658-RMW (HRL) |
|---|---|---|
| 15 | | **ERRATA RE DEFENDANT INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR'S REPLY IN SUPPORT OF MOTION TO STAY PENDING RESOLUTION OF PROCEEDINGS BEFORE THE HIGH COURT AT CALCUTTA, INDIA** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | INDIAN INSTITUTE OF TECHNOLOGY | |
| 19 | KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes | Date:    May 28, 2010 |
| 20 | of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING | Time:    9:00 A.M. Dept:    Courtroom 6, 4th Floor |
| 21 | SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; | Judge:   Honorable Ronald M. Whyte |
| 22 | GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT | |
| 23 | PANDA; ANIMESH NASKAR; and DOES 1 through 100, inclusive, | |
| 24 | | |
| 25 | Defendants. | |

26

27

28

Defendant Indian Institute of Technology, Kharagpur submits this errata to correct the following typographical errors in its recent Reply in Support of Motion to Stay Pending Resolution of Proceedings Before the High Court at Calcutta, India. Dkt. No. 136.

| Original Text | Corrected Text |
|---|---|
| Dkt. No. 73, ¶ **19**.<br><br>**Page 4, Line 15** | Dkt. No. 73, ¶ **18**. |
| At present, only **seven** of nine defendants have been served despite the passage of almost two years since the filing of the original complaint.<br><br>**Page 6, Lines 14-15** | At present, only **two** of nine defendants have been served despite the passage of almost two years since the filing of the original complaint |

A corrected brief is attached hereto as Exhibit A.

Dated: May 25, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                       */s/ Christopher B. Yeh /s/*
                                       Christopher B. Yeh
                                       Attorneys for Defendants
                                       INDIAN INSTITUTE OF TECHNOLOGY
                                       KHARAGPUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 25, 2010.

Dated: May 25, 2010                    Respectfully submitted,

                                              _/s/ Christopher B. Yeh /s/_
                                              Christopher B. Yeh