**E-FILED on** ___6/2/10___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>Defendants. | No. C-08-02658 RMW<br><br><br><br>ORDER TO SHOW CAUSE |

The original complaint in this action was filed on May 27, 2008. Two years have passed, and the following defendants still have not been served: Technology Entrepreneurship and Training Society, Partha P. Chakrabarti, Pallab Dasgupta, Rakesh Gupta, Pravanjan Choudhury, Subrat Panda, and Animesh Naskar. The court therefore orders plaintiffs to appear at 9:00 a.m. on July 2, 2010 and show cause why the unserved defendants should not be dismissed for failure to prosecute. Plaintiffs must file a declaration by June 22, 2010 showing good cause why this case should not be dismissed against the unserved defendants for failure to prosecute. Good cause must include a

ORDER TO SHOW CAUSE—No. C-08-02658 RMW
CCL

1 showing that plaintiffs have undertaken all steps required to accomplish service under the Hague
2 Convention. Absent a showing of good cause, the unserved defendants will be dismissed from this
3 action.

5 DATED: 6/2/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Micah R. Jacobs          mjacobs@mbvlaw.com

**Counsel for Defendant IIT:**

I. Neel Chatterjee          nchatterjee@orrick.com
Christopher Yeh          cyeh@orrick.com
Nitin Gambhir          ngambhir@orrick.com
Theresa Ann Sutton          tsutton@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    6/2/10                              CCL
                                                              **Chambers of Judge Whyte**