**E-FILED on** 7/2/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>Defendants. | No. C-08-02658 RMW<br><br>ORDER REGARDING UNSERVED DEFENDANTS |

On June 2, 2010, the court issued an order to show cause why the unserved defendants in this case should not be dismissed for failure to prosecute. Farhang has shown sufficient cause to not have the unserved defendants dismissed at this point, but without prejudice to any newly served defendants bringing a motion to dismiss.

DATED: 7/2/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING UNSERVED DEFENDANTS—No. C-08-02658 RMW
CCL