| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | G. HOPKINS GUY, III (STATE BAR NO. 124811) |
| | hopguy@orrick.com |
| 3 | THERESA A. SUTTON (STATE BAR NO. 211857) |
| | tsutton@orrick.com |
| 4 | NITIN GAMBHIR (STATE BAR NO. 259906) |
| | ngambhir@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, CA  94025 |
| | Telephone:     650-614-7400 |
| 7 | Facsimile:      650-614-7401 |
| 8 | Attorneys for Defendant |
| | INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG, <br><br>Plaintiffs, <br><br>v. <br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No.  C-08-02658-RMW (HRL) <br><br>**ORDER GRANTING INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR'S ADMINISTRATIVE MOTION TO REQUIRE PLAINTIFFS TO COMPLY WITH FED.R.CIV.P. 4 AND GENERAL ORDER NO. 62, AND SETTING TIME TO RESPOND TO THIRD AMENDED COMPLAINT** <br><br>Dept:    Courtroom 6, 4th Floor <br>Judge:   Honorable Ronald M. Whyte |

Having considered Indian Institute of Technology, Kharagpur's Administrative Motion to Require Plaintiffs to Comply with Fed.R.Civ.P. 4 and General Order No. 62, and Setting Time to Respond to Complaint, and all papers in opposition thereto,

Good Cause appearing therefore, IIT's Motion is GRANTED. After entry of a Stipulated Protective Order, Plaintiffs must serve IIT with all exhibits attached to and incorporated in the Third Amended Complaint, after which IIT shall respond to the Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(3).

**IT IS SO ORDERED**.

Dated: July 6, 2010

_____
RONALD M. WHYTE
United States District Judge

.