**E-FILED on**    7/9/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>        Plaintiffs,<br><br>    v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>        Defendants. | No. C-08-02658 RMW<br><br>ORDER REGARDING MOTION TO SEAL<br><br>**[Re Docket No. 146]** |

      Plaintiffs move to file under seal Exhibits S1 to S6 to the Third Amended Complaint. A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

      Having reviewed the material that plaintiffs seek to file under seal, the court has concerns about the extent of material which plaintiffs seek to file under seal. There does not appear to be a basis for filing the entirety of Exhibit S5 or any portion of Exhibit S6 under seal. The court

ORDER REGARDING MOTION TO SEAL—No. C-08-02658 RMW
CCL

therefore orders plaintiffs to either explain why all of the designated material is sealable or to submit a narrowly tailored request to file under seal only those portions of the documents that are sealable material. If plaintiffs do not submit a satisfactory explanation or an appropriately narrowly tailored request within ten days, the motion to seal will be denied.

DATED:    7/9/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge