**E-FILED on** __7/22/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>　　　　Defendants. | No. C-08-02658 RMW<br><br><br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL<br><br>**[Re Docket No. 146]** |

　　Plaintiffs move to file under seal Exhibits S1 to S6 to the Third Amended Complaint. A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

　　Having reviewed the material that plaintiffs seek to file under seal, the court does not see a basis for sealing Exhibit S6 and thus denies the motion to seal with respect to this exhibit. The

(left margin: **United States District Court** / For the Northern District of California)

1  motion to file Exhibits S1 to S5 under seal is granted.  Pursuant to Local Rule 79-5(e), plaintiffs
2  have 4 days to resubmit the documents in a manner that conforms to this order.

5  DATED:     7/22/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge