E-FILED on    7/29/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>       Plaintiffs,<br><br>    v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>       Defendants. | No. C-08-02658 RMW<br><br>ORDER REGARDING MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS<br><br>**[Re Docket No. 151]** |

    Plaintiffs move for an order either permitting alternative service of process or deeming service of all defendants to have been completed. The court submits this matter on the papers. Appearance is not necessary. The motion is denied without prejudice. An order will be posted separately.

DATED:    7/29/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS—No. C-08-02658 RMW
CCL