**\*E-FILED 12-03-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD. and MANDANA D. FARHANG,<br><br>    Plaintiffs,<br>  v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C08-02658 RMW (HRL)<br><br>**ORDER VACATING MOTION HEARING** |

Plaintiffs' trade secret disclosure motion (Docket No. 208) is deemed appropriate for determination without oral argument. Accordingly, the motion hearing set for December 7, 2010 is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated:   December 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-02658-RMW Notice has been electronically mailed to:

Christopher Yeh    cyeh@orrick.com

Indra Neel Chatterjee    nchatterjee@orrick.com, adalton@orrick.com, jcalderon@orrick.com, kmudurian@orrick.com, mawilliams@orrick.com

Micah R. Jacobs    mjacobs@mbvlaw.com, amber@mbvlaw.com, leah@mbvlaw.com, ssingh@sanjivnsingh.com

Morvarid Metanat    mmetanat@orrick.com, descamilla@orrick.com

Nitin Gambhir    ngambhir@orrick.com

Theresa Ann Sutton    tsutton@orrick.com, broundy@orrick.com, kmudurian@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.