UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company charted in Dominica; and MANDANA D. FARHANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; RAKESH GUPTA; PRAVANJAN CHOUDHRY; SUBRAT PANDA; ANIMESH NASKAR, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:  C-08-02658-RMW HRL<br><br>**ORDER GRANTING DEFENDANTS TIETS, CHAKRABARTI, DASGUPTA, NASKAR, AND PANDA'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 FOR ORDER PERMITTING DEFENDANTS TO FILE SUR-REPLY RE MOTION FOR ORDER PURSUANT TO FED. R. CIV. P. 4(F)(3)** |

After reviewing and considering specially-appearing defendants TIETS, Chakrabarti, Dasgupta, Naskar, and Panda's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Order Permitting Defendants to File Sur-Reply Re Motion for Order Pursuant to Fed. R. Civ. P. 4(f)(3), plaintiff's opposition thereto, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

Specially-appearing defendants TIETS, Chakrabarti, Dasgupta, Naskar, and Panda's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 for Order Permitting Defendants to File Sur-Reply Re Motion for Order Pursuant to Fed. R. Civ. P. 4(f)(3) is **GRANTED**. Defendants shall promptly file their Sur-Reply and the Declaration of Morvarid Metanat in support thereof.

**IT IS SO ORDERED**.

Dated: __1/3/2011_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge