**E-FILED on** 2/15/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>        Plaintiffs,<br><br>    v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>        Defendants. | No. C-08-02658 RMW<br><br>ORDER GRANTING SPECIALLY APPEARING DEFENDANTS' MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3<br><br>[Re Docket No. 265] |

    Defendants Technology Incubation and Entrepreneurship Training Society, Chakrabarti, Dasgupta, and Naskar request an extension of time pursuant to Civil Local Rule 6-3 to respond to the Third Amended Complaint until 21 days after the court resolves the currently pending motions to dismiss. The request is granted.

DATED:   2/15/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge