**E-FILED on** 2/22/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>　　　　Defendants. | No. C-08-02658 RMW<br><br>AMENDED ORDER GRANTING SPECIALLY APPEARING DEFENDANTS' MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3<br><br>**[Re Docket No. 265]** |

1   Defendants Technology Incubation and Entrepreneurship Training Society ("TIETS"),
2 Chakrabarti, Dasgupta, and Naskar request an extension of time pursuant to Civil Local Rule 6-3 to
3 respond to the Third Amended Complaint until 21 days after the court resolves the currently pending
4 motions to dismiss. A previous version of this order neglected to state that defendant Panda joined
5 in the request. The request is granted as to defendants TIEITS, Chakrabarti, Dasgupta, Naskar, and
6 Panda.

8   DATED:     2/22/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

AMENDED ORDER GRANTING SPECIALLY APPEARING DEFENDANTS' MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3   —No. C-08-02658 RMW
MEC                                        2