**E-FILED on** 7/13/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>    Defendants. | No. C-08-02658 RMW<br><br><br><br>ORDER DENYING MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3)<br><br><br>**[Re Docket No. 239]** |

    Defendant Technology Incubation and Entrepreneurship Training Society ("TIETS") moves to dismiss the complaint under Fed.R.Civ.P. 12(b)(3) for improper venue. TIETS's moving papers assert that venue is improper because the written regulations TIETS adopted to govern its operations provide that any lawsuit against TIETS may only be brought in Kolkata or Midnapore, India.[1]

---

[1] TIETS's moving papers are limited to claiming improper venue based upon the forum selection clause in its regulations. The reply appears to expand the motion to include allegations that venue in California is unreasonable and that plaintiffs have revealed no factual basis for venue in California. The court limits its ruling to one on the single ground raised in the moving papers.

1  Plaintiffs counter that while they received a copy of the written regulations, they did not receive the
2  page that included the forum selection clause, and they never consented to the forum selection
3  clause.  TIETS asserts plaintiffs' contention that they never received the complete regulations and, in
4  particular, the page containing the foreign selection clause, is not believable.  However, since it has
5  not been clearly established that plaintiffs knew of and agreed to the forum selection clause, it
6  cannot be enforced at the pleading stage.  TIETS's motion to dismiss for improper venue based upon
7  the forum selection clause is denied.  Venue in California may be improper but the court is limited to
8  ruling on the basis urged in the original moving papers.

10  DATED:      7/13/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3)
No.-02658 RMW
MEC                                              2