MICAH R. JACOBS (SBN 174630)
mjacobs@jacobslawsf.com
JACOBS LAW GROUP SF
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4696
Facsimile:  415-445-4697

SANJIV N. SINGH (SBN 193525)
ssingh@sanjivnsingh.com
SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
P.O. Box 225815
San Francisco CA, 94122
Telephone: 415-816-5548

JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
JACK C. PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile:  415-989-5143

Attorneys for Plaintiffs
MANDANA D. FARHANG and M.A. MOBILE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG, <br><br>Plaintiffs, <br><br>v. <br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTERPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; RAKESH GUPTA; PRAVANJAN CHOUDHRY, and DOES 1 through 100, inclusive, <br><br>Defendants. | CASE NO. C-08-02658-RMW (HRL) <br><br>**JOINT STIPULATION AND ORDER CONTINUING FILING DEADLINES AND HEARING DATE** <br><br>Date:  September 2, 2011 <br>Time:  9:00 a.m. <br>Dept:  Courtroom 6, 4th Floor <br>Judge:  Hon. Ronald M. Whyte |

1      Plaintiffs Mandana D. Farhang and M.A. Mobile Ltd. ("Plaintiffs"), and Defendants
2 Technology Incubation and Entrepreneurship Training Society and Partha P. Chakrabarti
3 (collectively "Defendants") through their undersigned counsel, hereby submit this stipulation to
4 continue the hearing on Defendants' Motions for Judgment on the Pleadings, and the Motion to
5 Dismiss Complaint Based on Forum Non Conveniens and Foreign Sovereign Immunities Act
6 filed by Defendant Technology Incubation and Entrepreneurship Training Society, from
7 September 2, 2011 at 9:00 a.m. to September 30, 2011 at 9:00 a.m.

8      WHEREAS, Plaintiffs' counsel have professional commitments which conflict directly
9 with the original briefing and hearing schedule set for September 2, 2011;

10     WHEREAS, Plaintiffs have conferred with Defendants' counsel and agreed upon a
11 briefing schedule and hearing schedule which accommodates these conflicts and will not
12 materially delay the disposition of the case before the Court;

13     THEREFORE, IT IS HEREBY STIPULATED that, due to Plaintiffs' need for additional
14 time, Farhang and Defendants, through their counsel of record, agree that:

15     1.   Plaintiffs' Oppositions to the Motions and all supporting documentation may be
16 filed on August 24, 2011;

17     2.   Defendants' Reply to the Motions may be filed on September 13, 2011;

18     3.   The hearing set for September 2, 2011, at 9:00 a.m., may be continued to
19 September 30, 2011 at 9:00 a.m., or such other date and time as the Court may set.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS SO STIPULATED.**

Dated: August 5, 2011                    MBV LAW LLP

                                         /s/ Jonathan S. O'Donnell
                                         Jonathan S. O'Donnell
                                         Attorneys for Plaintiffs
                                         MANDANA D. FARHANG AND
                                         M.A. MOBILE LTD.

DATE: August 5, 2011                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         /s/ Theresa A. Sutton
                                         Theresa A. Sutton
                                         Attorneys for Defendants
                                         TECHNOLOGY INCUBATION AND
                                         ENTREPRENEURSHIP TRAINING SOCIETY
                                         AND PARTHA P. CHAKRABARTI

# **ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, the hearing date for Defendants Technology Incubation and Entrepreneurship Training Society and Partha P. Chakrabarti's Motion for Judgment on the Pleadings, currently scheduled for September 2, 2011, shall hereby be rescheduled to September 30, 2011. Plaintiffs' Opposition to the Motion shall be filed no later than August 24, 2011 and Defendants' Reply to the Motion shall be filed no later than September 13, 2011.

**IT IS SO ORDERED.**

DATED: __8/11/2011____

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge
Northern District of California

4852-2693-1466, v. 3