WILLIAM F. ALDERMAN (SBN 47381)
Email: walderman@orrick.com
JAMES E. THOMPSON (SBN 240979)
Email: jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants' Counsel
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; RAKESH GUPTA; PRAVANJAN CHOUDHRY; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. C-08-02658-RMW (HRL)<br><br>**[CORRECTED VERSION]**<br><br>**STIPULATION AND []<br>ORDER REGARDING NON DISQUALIFICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>Date: September 30, 2011<br>Time: 9:00 am<br>Judge: Honorable Ronald M. Whyte |

OHS WEST:261331182..

**[CORRECTED VERSION] STIPULATION AND []
ORDER REGARDING NON DISQUALIFICATION
CASE NO. 08-02659 – RMW (HRL)**

1  **WHEREAS**, Orrick, Herrington & Sutcliffe ("Orrick"), who represents Defendant Indian Institute of Technology Kharagpur ("IITK") and certain other Defendants in the above-captioned litigation ("Current Action"), seeks to hire lateral associate Mr. Jeffrey McKenna to work in Orrick's e-discovery practice group in its San Francisco office;

2  **WHEREAS**, Orrick is seeking Ms. Farhang's consent to hire Mr. McKenna based on the fact that Mr. McKenna represented Ms. Farhang on another complex civil litigation matter that is still pending in Alameda County (*Farhang v. HT Oil, et. al*, Case No. RG05-245998 (Alameda County Superior Court), hereinafter the "HT Oil Matter") while an associate at Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden");

3  **WHEREAS**, Orrick and Ms. Farhang's counsel previously engaged in discussions regarding Ms. Farhang's consent to hire Mr. McKenna, but, through no fault of either party, were unable to reach agreement at that time;

4  **WHEREAS**, following these unsuccessful discussions, on August 24, 2011, Orrick brought a Motion for Order Determining Non disqualification in the Current Action in the event it were to hire Mr. McKenna;

5  **WHEREAS**, on September 7, 2011, Plaintiffs opposed that Motion on numerous grounds, but indicated, among other things, that they would not to seek to disqualify Orrick based upon Mr. McKenna's employment provided that Orrick agrees to maintain an appropriate ethical wall and that such wall is implemented per stipulation approved by this Court;

6  **WHEREAS**, the parties have met and conferred to determine the appropriate provisions of the ethical wall to ensure that no potential confidential client information regarding the HT Oil Matter (or any related case), or potential confidential information regarding Ms. Farhang shared with Mr. McKenna during Plaintiff Farhang's engagement of Skadden, including, but not limited to Plaintiff Farhang's litigation strategies, settlement strategies, financial positions, and information in connection with Plaintiff Technology, is disclosed to Orrick attorneys or staff working on the Current Action;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel, subject to approval of the Court, that:

1. Prior to Mr. McKenna commencing work at Orrick, Orrick will implement a formal ethical screen including the following provisions:

   (a) Mr. McKenna will not work on the Current Action or any related matters;

   (b) During the pendency of the Current Action (and any subsequent litigation involving the current dispute between Ms. Farhang and Defendant IITK or its affiliates, in which Orrick represents IITK and/or its affiliates), Mr. McKenna will not directly report to any Orrick attorney substantially involved on the Current Action, including, but not limited to Neel Chatterjee, Theresa Sutton, Hopkins Guy, and Nitin Gambhir. The parties agree that Mr. McKenna shall not be precluded from working on unrelated matters simply because an Orrick attorney substantially involved on the Current Action is also working on it, but agree that in such instances, Mr. McKenna will be precluded from directly reporting to individuals substantially involved with Current Action during the pendency of the instant litigation;

   (c) Any Orrick attorney or staff member involved on the Current Action will not discuss with Mr. McKenna, and will not engage in any communication with Mr. McKenna regarding, any aspect of the Current Action, Mr. McKenna's work on the HT Oil Matter, or any confidential client information that Mr. McKenna may have obtained through his prior representation of Ms. Farhang;

   (d) Mr. McKenna and all Orrick attorneys and staff involved in the Current Action will take care at firm meetings and social events not to discuss the Current Action, the HT Oil Matter, or any confidential client information Mr. McKenna may have obtained through his prior representation of Ms. Farhang with, or in the presence of, each other;

    (e)    Mr. McKenna will not be permitted access to, possession of, or review of any file, document, e-mail, voicemail, or other client document or communication related to the Current Action or any related matters;

    (f)    Mr. McKenna's intra-firm user profile will be constructed so that he will not be able to access any electronic files for the client number associated with IITK or any related matters;

    (g)    During the pendency of the Current Action (and any subsequent litigation involving the current dispute between Ms. Farhang and Defendant IITK or its affiliates, in which Orrick represents IITK and/or its affiliates), Mr. McKenna will not reside in the same physical office building as Neel Chatterjee, Theresa Sutton, or whichever attorney is the then current lead attorney for the IITK matter. Plaintiffs understand that Mr. McKenna likely will be required to travel to the office where Mr. Chatterjee, Ms. Sutton, or the then current lead attorney for the Current Action resides for matters unrelated to Current Action. On any such occasion, if Mr. McKenna is provided a visiting office in the facility where the practice group responsible for the IITK litigation resides, it shall not be located within close proximity to any attorney substantially involved on the Current Action. Moreover, during such visits, all of the other ethical wall provisions will remain in effect to ensure that no potentially confidential information is disseminated.

    (h)    Maintenance of the ethical wall will be monitored by an attorney who (1) does not reside in the same office as the principal headquarters for the lead Orrick attorneys responsible for the IITK representation (currently Orrick's Silicon Valley office), and (2) is not a member of Orrick's intellectual property practice group. Before seeking Court intervention, Plaintiffs will direct any reasonable questions regarding the aforementioned ethical wall to said attorney. The parties agree that said attorney is presently James E. Thompson, who is a

1  member of Orrick's securities litigation practice group and resides in Orrick's

2  San Francisco office.

3      2.    So long as the stipulated ethical wall set forth above is approved by this

4  Court and implemented and maintained in accordance with the aforementioned provisions

5  and so long as Plaintiffs do not discover new information which provides a reasonable

6  basis to believe that said ethical wall has been breached, Plaintiffs will not move to

7  disqualify Orrick on the basis on Mr. McKenna's employment.

8

9  Dated: September 29, 2011        **ORRICK, HERRINGTON & SUTCLIFFE LLP**

10

11

12  By:    */s/ James E. Thompson*
       JAMES E. THOMPSON

13     Attorneys for Defendants' Counsel
   ORRICK, HERRINGTON & SUTCLIFFE LLP

14

15  Dated: September 29, 2011        **SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION**

16

17

18  By:    */s/ Sanjiv N. Singh*
       SANJIV N. SINGH

19     Attorneys for Plaintiffs
   MANDANA D. FARHANG

20     AND M.A. MOBILE LTD.

21

22

23  Öæ^KÍÐÐEÐF

*IT IS SO ORDERED*
*Ronald M. Whyte*
Judge Ronald M. Whyte