WILLIAM F. ALDERMAN (SBN 47381)
Email: walderman@orrick.com
JAMES E. THOMPSON (SBN 240979)
Email: jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants' Counsel
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; RAKESH GUPTA; PRAVANJAN CHOUDHRY; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. C-08-02658-RMW (HRL)<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING BRIEFING**<br>**SCHEDULE ON MOTION FOR NON**<br>**DISQUALIFICATION OF ORRICK,**<br>**HERRINGTON & SUTCLIFFE LLP**<br><br>Date: September 30, 2011<br>Time: 9:00 am<br>Judge: Honorable Ronald M. Whyte |

**STIPULATION AND [] ORDER**
**REGARDING BRIEFING SCHEDULE**
**CASE NO. 08-02659 – RMW (HRL)**

1  WHEREAS, on August 24, 2011, Orrick, Herrington & Sutcliffe ("Orrick") brought a Motion for Order Determining Nondisqualification in the event it were to hire potential lateral associate Jeffrey McKenna to work in its e-discovery group;

WHEREAS, on September 7, 2011, Plaintiffs opposed that Motion, but indicated, among other things, that they would not seek to disqualify Orrick based upon Mr. McKenna's employment provided that Orrick agrees to maintain an appropriate ethical wall (the terms of which are proposed to be filed with and approved by the Court pursuant to an appropriate stipulation) and provided that no further information is revealed to Plaintiffs which would otherwise require disqualification;

WHEREAS, the deadline for Orrick's Reply in support of the Motion for Order Determining Nondisqualification ("Reply") is currently September 14, 2011;

WHEREAS, the parties are currently engaged in discussions regarding the potential ethical wall and related issues and may be able to stipulate to a proposed ethical wall;

WHEREAS, to provide sufficient time for the parties to attempt to resolve this issue informally, Orrick has requested that the deadline for the Reply be extended until September 21, 2011 and Plaintiffs are willing to grant said extension;

WHEREAS, the September 30, 2011 hearing and all other deadlines shall remain in place and the proposed revised briefing schedule shall apply only to Orrick's reply to the above referenced motion and will not materially delay the disposition of the case before the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to approval of the Court, that:

1. Orrick's Reply will be due on or before September 21, 2011.
2. The September 30, 2011 hearing and all other deadlines shall remain in place.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2011 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: _____*/s/ James E. Thompson*_____ |
| 4 | | James E. Thompson<br>Attorneys for Defendants' Counsel<br>Orrick, Herrington & Sutcliffe LLP |
| 5 | | |
| 6 | Dated: September 14, 2011 | SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION |
| 7 | | |
| 8 | | By: _____*/s/ Sanjiv N. Singh*_____ |
| 9 | | Sanjiv N. Singh<br>Attorneys for Plaintiffs<br>MANDANA D. FARHANG<br>AND M.A. MOBILE LTD. |
| 10 | | |

**IT IS SO ORDERED.**

DATED: __F̶E̶B̶O̶C̶E̶B̶F̶F̶__

*/s/ Ronald M. Whyte*

_____
HONORABLE RONALD M. WHYTE
United States District Judge

- 2 -

**STIPULATION AND [] ORDER
REGARDING BRIEFING SCHEDULE
Case No. 08-02659 – RMW (HRL)**