I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
THERESA A. SUTTON (STATE BAR NO. 211857)
tsutton@orrick.com
NITIN GAMBHIR (STATE BAR NO. 259906)
ngambhir@orrick.com
MORVARID METANAT (STATE BAR NO. 268228)
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnsonmckewan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Defendants
INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR;
TECHNOLOGY INCUBATION AND ENTREPRENEURSHIP
TRAINING SOCIETY; and PARTHA P. CHAKRABARTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; TECHNOLOGY INCUBATION AND ENTREPRENEURSHIP TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; RAKESH GUPTA; PRAVANJAN CHOUDHRY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C-08-02658-RMW (HRL)<br><br>**STIPULATION AND []**<br>**ORDER RE JANUARY 12, 2012,**<br>**ORDER**<br><br>Dept:	Courtroom 6, 4th Floor<br>Judge:	Honorable Ronald M. Whyte |

**STIPULATION**

Defendant Technology Incubation and Entrepreneurship Society ("the Society"), on the one hand; and Plaintiffs Mandana D. Farhang and M.A. Mobile Ltd, on the other, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order:

Whereas the parties agree that, given the Court's prior rulings, its January 12, 2012, Order intended to resolve plaintiffs' Breach of the Non-Use Provision of the NDA claim as applied to the Society;

Whereas the Court has previously held that the TAC fails to state a claim for breach of the Non-Use Provision against Defendant Chakrabarti and against Defendant IITK (*see* Dkt. Nos. 201, 341);

Whereas the parties hereby agree to clarify the Court's January 12, 2012, Order with respect to the Society's Motion for Judgment on the Pleadings.

Accordingly, the parties hereby stipulate that plaintiffs' claim for Breach of the Non-Use Provision of the NDA as applied to the Society is hereby dismissed, and that in all other aspects, the Society's motion is denied as stated in the Court's previous order.

This Stipulation is not intended to affect, modify or change any other finding in this Court's January 12, 2012, Order.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 17, 2012 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ *Theresa A. Sutton* /s/
Theresa A. Sutton
Attorneys for Defendant
TECHNOLOGY INCUBATION AND
ENTREPRENEURSHIP SOCIETY

Dated: January 17, 2012     SANJIV N. SINGH, A PROFESSIONAL LAW
                             CORPORATION

/s/ *Sanjiv N. Singh* /s/
Sanjiv N. Singh
On behalf of Plaintiffs
MANDANA D. FARHANG and M.A. MOBILE

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 17, 2012     Respectfully submitted,

/s/ *Theresa A. Sutton* /s/
Theresa A. Sutton

| | |
|---|---|
| 1 | |
| 2 | **[] ORDER** |

Plaintiffs' claim for Breach of the Non-Use Provision of the NDA, as applied to Defendant Technology Incubation and Entrepreneurship Society ("the Society"), is dismissed.  In all other aspects, the Society's motion is denied as stated in the Court's previous order.

**IT IS SO ORDERED.**

Dated:  _____

_____
Honorable Ronald M. Whyte
United States District Judge
Northern District of California

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2012.

Dated: January 17, 2012               Respectfully submitted,

                                      */s/ /s/*
                                      Theresa A. Sutton