1  SANJIV N. SINGH (SBN 193525)
   E-mail: ssingh@sanjivnsingh.com
2  SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
   388 Market St., Suite 1300
3  San Francisco, CA 94111
   Telephone: 415-445-4622
4

   MICAH R. JACOBS (SBN 174630)
5  E-mail: mjacobs@jacobslawsf.com
   JACOBS LAW GROUP SF
6  388 Market St., Suite 1300
   San Francisco, CA 94111
7  Telephone: 415-445-4696
   Facsimile: 415-445-4697
8

   Attorneys for Plaintiffs
9  MANDANA D. FARHANG and M.A. MOBILE LTD.

10

11

12                                              *E-FILED - 1/25/12*

13

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18 | M.A. MOBILE LTD., a limited liability | CASE NO. C-08-02658-RMW (HRL)
   | company chartered in Dominica; and
19 | MANDANA D. FARHANG,                   | **JOINT STIPULATION AND
   |                                       | [] ORDER CONTINUING
20 |           Plaintiffs,                 | FILING DEADLINES AND HEARING
   |                                       | DATE**
21 |    v.

22 | INDIAN INSTITUTE OF TECHNOLOGY
   | KHARAGPUR, an Indian Institute of
23 | Technology incorporated under the     | Date:  February 10, 2012
   | "Institutes of Technology Act, 1961"; | Time:  9:00 a.m.
24 | TECHNOLOGY ENTERPRENEURSHIP           | Dept:  Courtroom 6, 4th Floor
   | AND TRAINING SOCIETY, an Indian       | Judge: Hon. Ronald M. Whyte
25 | society; PARTHA P. CHAKRABARTI;
   | PALLAB DASGUPTA; RAKESH GUPTA;
26 | PRAVANJAN CHOUDHURY; SUBRAT
   | PANDA; ANIMESH NASKAR, and DOES
27 | 1 through 100, inclusive,

28 |           Defendants.

1    Plaintiffs Mandana D. Farhang and M.A. Mobile Ltd. ("Plaintiffs"), and Defendant
2 Rakesh Gupta, through their undersigned counsel, hereby submit this stipulation to continue the
3 hearing on Defendant Gupta's Motion To Set Aside Default Pursuant To Rule 55(c) (Dkt. No.
4 337) and Defendant Gupta's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. No.
5 339) from February 10, 2012 at 9:00 a.m. to February 17, 2012 at 9:00 a.m.

6    WHEREAS, Plaintiffs' counsel have professional commitments which conflict directly
7 with the original briefing and hearing schedule set for February 10, 2012;

8    WHEREAS, Plaintiffs' counsel have conferred with Defendant's counsel and agreed
9 upon a briefing schedule and hearing schedule, which accommodates these conflicts, and which
10 will not materially delay the disposition of the case before the Court;

11   THEREFORE, IT IS HEREBY STIPULATED that, due to the need for additional time
12 by the Plaintiffs, Plaintiffs and Defendant Gupta, through their counsel of record agree that:

13   1.   Plaintiffs' Oppositions to the Motions and all supporting documentation may be
14 filed on January 27, 2012;

15   2.   Defendant's Replies to the Motions may be filed on February 3, 2012;

16   3.   The hearing set for February, 10 2012, at 9:00 a.m., shall be continued to
17 February 17, 2012 at 9:00 a.m., or such other date and time as the Court may set.

18   **IT IS SO STIPULATED.**

19 DATE: January 13, 2012          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  /s/ Theresa A. Sutton
                                  Theresa A. Sutton
                                  Specially Appearing for
                                  RAKESH GUPTA


24 Dated: January 13, 2012         SANJIV N. SINGH, A PROFESSIONAL LAW
                                   CORPORATION


                                   /s/ Sanjiv N. Singh
                                   Sanjiv N. Singh
                                   Attorneys for Plaintiffs
                                   MANDANA D. FARHANG AND
                                   M.A. MOBILE LTD.

1  **ORDER**

2  **GOOD CAUSE HAVING BEEN SHOWN**, the hearing date for Defendant Rakesh

3  Gupta's Motion To Set Aside Default Pursuant To Rule 55(c) (Dkt. No. 337) and Motion To

4  Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. No. 339), currently scheduled for February 10,

5  2012, shall hereby be rescheduled to February 17, 2012. Plaintiffs' Oppositions to the Motions

6  shall be filed no later than January 27, 2012 and Defendant's Replies to the Motions shall be filed

7  no later than February 3, 2012.

8  **IT IS SO ORDERED.**

10  DATED: _____

  Honorable Ronald M. Whyte
  United States District Judge
  Northern District of California

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Lucy H. Koh]*

---

2