**E-FILED on** 2/21/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>Defendants. | No. C-08-02658 RMW<br><br><br><br>ORDER REGARDING DISCOVERY |

As discussed at the case management conference on February 17, 2012, this case will be stayed as to defendant TIETS pending its appeal. As to the remaining defendants, plaintiffs may conduct written discovery only until August 20, 2012. After that date, plaintiffs should be prepared to identify any witnesses they intend to depose. This order is issued without prejudice to an application from plaintiffs to depose a specific witness before August 20, 2012 for good cause.

DATED:     2/21/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING DISCOVERY—No. C-08-02658 RMW
EDM