E-FILED on 3/26/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANDANA D. FARHANG and M.A. MOBILE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY, KHARAGPUR; TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY; PARTHA P. CHAKRABARTI; PALLAB DASGUPTA; GURASHISH S. BRAR; RAKESH GUPTA; PRAVANJAN CHOUDHURY; SUBRAT PANDA; ANIMESH NASKAR,<br><br>　　　　Defendants. | No. C-08-02658 RMW<br><br>ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 7-11 REQUESTING CERTIFICATION OF DEFENDANT IITK'S INTERLOCUTORY APPEAL OF THE COURT'S JANUARY 26, 2010 AS FRIVOLOUS |

　　Plaintiffs request that the court certify as frivolous defendant IITK's appeal of the January 26, 2010 order denying a motion to dismiss on sovereign immunity grounds. *Cf. Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992) ("Should the district court find that the defendants' claim of qualified immunity is frivolous or has been waived, the district court may certify, in writing, that defendants have forfeited their right to pretrial appeal, and may proceed with trial."). The motion is denied.

DATED:　　3/26/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge