SANJIV N. SINGH (SBN 193525)
ssingh@sanjivnsingh.com
SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
21 Columbus Avenue, Suite 205
San Francisco CA, 94122
Telephone: 415-296-0152
Facsimile: 415-358-4006

MICAH R. JACOBS (SBN 174630)
mjacobs@jacobslawsf.com
JACOBS LAW GROUP SF
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4696
Facsimile:   415-445-4697

Attorneys for Plaintiffs
MANDANA D. FARHANG and M.A. MOBILE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; PARTHA P. CHAKRABARTI; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C-08-02658-RMW (HRL)<br><br>**JOINT STIPULATION AND [] ORDER CONTINUING FILING DEADLINES AND HEARING DATE**<br><br>Date:   August 16th, 2013<br>Time:   9:00 a.m.<br>Dept:   Courtroom 6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

    Plaintiffs Mandana D. Farhang and M.A. Mobile Ltd. ("Plaintiffs"), and Defendants Indian Institute of Technology, Kharagpur and Partha P. Chakrabarti (collectively "Defendants") through their undersigned counsel, hereby submit this stipulation to continue the hearing on Defendant IIT's Motion to Dismiss Pursuant To The Foreign Sovereign Immunities Act and Motion to Vacate Prior Immunity Ruling filed by Defendant IIT, from August 16, 2013 at 9:00 a.m. to September 20, 2013 at 9:00 a.m.

    WHEREAS, Plaintiffs' counsel just learned of the July 11, 2013 mandate transferring jurisdiction back to this Court and had planned their work calendars for August prior to that date;

    WHEREAS, Defendants noticed and filed their motion and hearing date on July 11, 2013, after the mandate was issued and Plaintiffs thus have substantial, previously scheduled professional commitments scheduled for all available hearing dates in August which conflict directly with the original briefing and hearing schedule set for August 16, 2013;

    WHEREAS, besides brief continuances requested by both parties when IIT first entered the case in 2009 and during the brief period in 2009 when Ms. Farhang was acting pro per, there have been relatively few requests for changes in hearing dates or briefing schedules and all such requests have been for modest periods of time (*see e.g.* Dkt. Nos. 78, 271, 298, 314 and 347);

    WHEREAS, Plaintiffs have conferred with Defendants' counsel, suggested several dates and choices, and Defendants have promptly agreed to a briefing schedule and hearing schedule which accommodates these conflicts and will not materially delay the disposition of the case before the Court;

    THEREFORE, IT IS HEREBY STIPULATED that:

    1.    Plaintiffs' Opposition to the Motions and all supporting documentation may be filed on or before August 12, 2013;

    2.    Defendants' Reply to the Motions may be filed on or before September 6, 2013;

    3.    The hearing set for August 16, 2013, at 9:00 a.m., may be continued to September 20, 2013 at 9:00 a.m., or such other later date and time as the Court may set.

///

/

**IT IS SO STIPULATED.**

Dated: July 16, 2013                    SANJIV N.SINGH, A PROFESSIONAL LAW CORP.

/s/ Sanjiv N. Singh
Sanjiv N. Singh
Attorneys for Plaintiffs
MANDANA D. FARHANG and
M.A. MOBILE LTD.

DATE: July 16, 2013                     ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Benjamin Lin
Benjamin Lin
Attorneys for Defendants
INDIAN INSTITUTE OF TECNOLOGY,
KHARAGPUR and PARTHA CHAKRABARTI

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, the hearing date for Defendant IIT's Motion to Dismiss Pursuant To The Foreign Sovereign Immunities Act and Motion to Vacate Prior Immunity Ruling filed by Defendant IIT, shall be moved from August 16, 2013 at 9:00 a.m. to September 20, 2013 at 9:00 a.m. Plaintiffs' Opposition to the Motions shall be filed no later than August 12, 2013 and Defendants' Reply to the Motions shall be filed no later than September 6, 2013.

**IT IS SO ORDERED.**

DATED: _____

Honorable Ronald M. Whyte
United States District Judge
Northern District of California