UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD, a limited liability company charted in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; PARTHA P. CHAKRABARTI; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-08-02658-RMW<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>[Re Docket No. 419] |

Defendants have lodged exhibits F, G, and I to the declaration of Partha P. Chakrabarti in support of defendants' motion to dismiss to be filed under seal. The exhibits were marked confidential by plaintiffs and thus plaintiffs must establish that they are "privileged or protectable as a trade secret or otherwise entitled to protection under the law." L.R. 79-5(a), (d).

Defendants lodged the exhibits on August 16, 2013. Under the local rules, plaintiffs had 7 days to file a declaration establishing that the exhibits were sealable. L.R. 79-5(d). Plaintiffs failed to file a declaration within 7 days. Therefore, unless plaintiffs file a declaration within 4 days of the

1  issuance of this order, the court denies the motion to seal and orders defendants to file the exhibits
2  as part of the public records consistent with the local rules and General Order 62.

6  Dated: September 20, 2013



RONALD M. WHYTE
United States District Judge