UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD, a limited liability company charted in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; PARTHA P. CHAKRABARTI; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-08-02658-RMW<br><br>**ORDER VACATING HEARING**<br><br>[Re Docket No. 437] |

The court is currently scheduled to hold a hearing on November 1, 2013, on plaintiffs' motion in the alternative for jurisdictional discovery. The court vacates the hearing and will decide the matter on the briefs. *See* L.R. 7-1(b).

Dated: October 22, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
Case No. C-08-02658-RMW
SW
- 1 -