UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica; and MANDANA D. FARHANG,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961", TECHNOLOGY ENTREPRENEURSHIP AND TRAINING SOCIETY, an Indian society; PARTHA P. CHAKRABARTI; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. C-08-02658-RMW<br><br>**ORDER DISMISSING TECHNOLOGY INCUBATION AND ENTERPRENEURSHIP AND TRAINING SOCIETY**<br><br>[Re: Docket Nos. 402, 404 and 407] |

Pursuant to the mandate issued by the Court of Appeals, the court hereby dismisses plaintiffs' third amended complaint as to defendant TECHNOLOGY INCUBATION ENTREPRENEURSHIP AND TRAINING SOCIETY.

Dated: March 25, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING TIETS
Case No. C-08-02658-RMW
- 1 -