1  SANJIV N. SINGH  (SBN 193525)
   Sanjiv N. Singh, APLC
2  1650 South Amphlett Blvd. Suite 220
3  San Mateo CA 94402
   Tel.: +1 650 389 2255
4  Fax.: +1 415 358 4006

5  MICAH JACOBS (SBN 174630)
   Jacobs Law Group SF
6  388 Market Street Suite 1300
7  San Francisco CA 94111
   TEL.: +1 415 445 4696
8  FAX.: +1 415 445 4697

9  ATTORNEYS FOR PLAINTIFF
   M.A. MOBILE LTD.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANDANA D FARHANG, et al.,

      Plaintiff,

    v.

INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, et al.,

      Defendant.

Civil Action No. 08-cv-02658-WHO

**ORDER RE: STPULATION AND ADMINISTRATIVE MOTION REQUESTING RESCHEDULING OF HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT IIT'S MOTION TO DISMISS (Dkt. No. 534) and MOTION TO SEAL (Dkt. No. 533)**

Judge:    Hon. William H. Orrick

## [~~PROPOSED~~] ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Plaintiff M.A. Mobile Ltd ("MA Mobile"), through their undersigned counsel, with agreement by stipulation of Defendant IIT, moved this Court to postpone the hearing currently set for November 22, 2017 at 2PM to December 6, 2017 at 2PM or the soonest date thereafter available to the Court for Defendant IIT's Motion to Dismiss for failure to join an indispensable party (Dkt, No. 534) and also requested that the Court reset the briefing schedule for said Motion and the accompanying Motion to Seal (Dkt. No. 533). The Court finds based on the submitted motion and stipulation that good cause exists for the requested postponement and revision to the current briefing schedule.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The hearing for the Motion to Dismiss for failure to join an indispensable party (Dkt. No. 354) currently set for November 22, 2017 at 2PM shall be moved to ~~December 6~~ December 13, 2017 at 2PM or the soonest date thereafter that the Court is available,

2. The briefing schedule shall be as follows: (i) Plaintiff's opposition to the pending Motions (Dkt. Nos. 353-354) shall be due by November 20, 2017; and (ii) Defendant's reply briefs, if any, shall be due by November 29, 2017.

IT IS ORDERED AS MODIFIED.

Date: October 31, 2017

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

ACTIVE/90224967.1