Michael Indrajana (CA BAR #258329)
Indrajana Law Group, a Professional Law Corporation
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys Specially Appearing for Plaintiff M.A. MOBILE LTD.[1]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., a limited liability company chartered in Dominica;<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, an Indian Institute of Technology incorporated under the "Institutes of Technology Act, 1961"; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: C-08-02658-WHO<br><br>PLAINTIFF M.A. MOBILE LTD'S NOTICE OF APPEAL |

---

[1] Indrajana Law Group, A PLC ("ILG") has been requested to specially appear for the specific and sole purpose of filing this notice of appeal. ILG does not represent Plaintiff M.A. Mobile for its appellate litigation (such representation is currently being arranged by Plaintiff and it is expected another firm will be representing Plaintiff for its appellate matter) other than to file this notice of appeal to preserve Plaintiff's right to appeal.

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 3(a) and Rule 4, Plaintiff M.A. Mobile Ltd., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's order (Dkt. No. 655) granting Defendant Indian Institute of Technology Kharagpur's motion for summary judgment, denying Plaintiff M.A. Mobile Ltd.'s Rule 56(d) motion, denying Plaintiff M.A. Mobile's request for leave to amend the Complaint to plead fraud, terminating certain Motions to Seal as moot and granting Defendant IITK's Motion to Seal email addresses and contact information, all of which were entered in this action as of September 5, 2019 in a single consolidated order as cited above.

_____
Michael Indrajana

DATED: October 4, 2019

INDRAJANA LAW GROUP, A
PROFESSIONAL LAW CORPORATION

_____
Michael Indrajana
Attorneys Specially Appearing for Plaintiff M.A. Mobile Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on October 4, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2019            Respectfully submitted,

INDRAJANA LAW GROUP, A
PROFESSIONAL LAW CORPORATION

Michael Indrajana
Attorneys Specially Appearing for Plaintiff M.A. Mobile Ltd.