1  NEEL CHATTERJEE (SBN 173985)
   nchatterjee@goodwinlaw.com
2  MICHAEL T. JONES (SBN 290660)
   mjones@goodwinlaw.com
3  ELIZABETH J. LOW (SBN 308098)
   elow@goodwinlaw.com
4  **GOODWIN PROCTER LLP**
   601 Marshall Street
5  Redwood City, California 94063
   Tel.: +1 650 752 3100
6  Fax.: +1 650 853 1038

7  BRENDAN E. RADKE (SBN 275284)
   bradke@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
9  San Francisco, California 94111
   Tel.: +1 415 733-6000
10 Fax.: +1 415 677-9041

11 Attorneys for Defendant
   Indian Institute of Technology Kharagpur
12
   [ADDITIONAL COUNSEL LISTED
13 ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.A. MOBILE LTD., | |
| Plaintiff, | Civil Action No. 08-cv-02658-WHO |
| v. | **STIPULATED REQUEST FOR ORDER CHANGING TIME;** |
| INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, | **ORDER** |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff M.A. Mobile Ltd. ("M.A. Mobile") and Defendant Indian Institute of Technology Kharagpur ("IIT") hereby stipulate and agree as follows:

WHEREAS, on September 19, 2019, IIT filed its Motion for Attorneys' Fees and Costs (the "Fees Motion") (Dkt. No. 659);

WHEREAS, on September 27, 2019, the Court continued the hearing on the Fees Motion from October 30, 2019 to November 6, 2019 (Dkt. No. 664);

WHEREAS, counsel for IIT is unavailable on November 6, 2019;

WHEREAS, the parties have met and conferred and agreed to the following briefing and hearing schedule:

1. M.A. Mobile shall file its opposition no later than October 30, 2019;
2. IIT shall file its reply no later than November 13, 2019; and
3. Subject to the Court's availability, a hearing on the Fees Motion shall take place on December 4, 2019 at 2:00 p.m.

Accordingly, the parties submit that good cause exists for further amendment to the pre-trial schedule and respectfully request that the Court grant this stipulation.

Dated: September 30, 2019          Respectfully submitted,

M.A. Mobile Ltd.                   Indian Institute of Technology Kharagpur

*/s/ Sanjiv N. Singh*               */s/ Neel Chatterjee*
Sanjiv N. Singh, Esq.              Neel Chatterjee
SANJIV N. SINGH, A PROFESSIONAL    *nchatterjee@goodwinlaw.com*
  LAW CORPORATION                  Michael T. Jones
1650 South Amphlett Blvd. Suite 220  *mjones@goodwinlaw.com*
San Mateo, CA 94402                Elizabeth J. Low
Phone: (650) 389-2255              *elow@goodwinlaw.com*
Email: ssingh@sanjivnsingh.com     GOODWIN PROCTER LLP
                                   601 Marshall Street
Micah R. Jacobs, Esq.              Redwood City, CA 94063
JACOBS LAW GROUP SF                Tel.: +1 650 752 3100
388 Market Street Suite 1300       Fax.: +1 650 853 1038
San Francisco, CA 94111
Phone: (415) 445-4696              BRENDAN E. RADKE (SBN 275284)
Fax: (415) 445-4697                *bradke@goodwinlaw.com*
Email: mjacobs@jacobslawgroupsf.com  GOODWIN PROCTER LLP
                                   Three Embarcadero Center
                                   San Francisco, California 94111
                                   Tel.: +1 415 733-6000
                                   Fax.: +1 415 677-9041

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED this __4th__ day of __October__, 2019.

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

# **CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

*/s/ Neel Chatterjee*
Neel Chatterjee
