NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
MICHAEL T. JONES (SBN 290660)
*Mjones@goodwinlaw.com*
ELIZABETH J. LOW (SBN 308098)
*ELow@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

BRENDAN E. RADKE (SBN 275284)
*BRadke@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
Indian Institute of Technology Kharagpur

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.A. MOBILE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR,<br><br>Defendant. | Case No. 08-cv-2658-WHO<br><br>**DEFENDANT'S RESPONSE TO THE MOTION TO WITHDRAW**<br><br>Date: December 4, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick |

On October 4, 2019, counsel for Plaintiff M.A. Mobile Ltd. ("M.A. Mobile"), Sanjiv Singh, filed a Motion to Withdraw as Attorney.  Dkt. No. 667 (Mot.).  At this time, Defendant Indian Institute of Technology Kharagpur ("IIT") takes no position as to Mr. Singh's withdrawal as counsel.  IIT understands that Mr. Singh has been expressly prohibited from explaining what are the unresolved "Issues," as that term is defined in the fee agreement between M.A. Mobile and Mr. Singh.  *See* Mot. at 3; Dkt. No. 667-1 ¶ 2 n.1 & ¶ 14 (Singh Decl.).  But as a result, IIT cannot currently evaluate whether the "Issues" provide a valid basis for withdrawal or whether the withdrawal will prejudice IIT.  IIT therefore reserves its rights to challenge the withdrawal based of any additional information concerning the "Issues" that may be subsequently disclosed.  Under no circumstances should Mr. Singh be allowed to withdraw if the withdrawal prejudices IIT's rights in the case.

IIT notes, however, that corporations such as M.A. Mobile cannot proceed *pro se*.  *See Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) ("A corporation must be represented by counsel."); Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").  Mr. Singh will represent M.A. Mobile through the hearing on IIT's motion for attorneys' fees.  Mot. at 10.  In addition to Mr. Singh, M.A. Mobile was represented by Micah Jacobs.  Although Mr. Jacobs has apparently been terminated (*see id.* at 2 n.1), Mr. Jacobs has not filed a notice or motion for withdrawal in this case (*see* Docket).

But M.A. Mobile has not yet retained counsel who will represent it in any ancillary proceedings before this Court that may follow the hearing on the motion for attorneys' fees, or before the Ninth Circuit on appeal.  *See* Singh Decl. ¶ 15 ("I am not handling M.A. Mobile's appeal."); Dkt. No. 668 at n.1 (Notice of Appeal) ("Indrajana Law Group, A PLC ('ILG') has been requested to specially appear for the specific and sole purpose of filing this notice of appeal.  ILG does not represent Plaintiff M.A. Mobile for its appellate litigation (such representation is currently being arranged by Plaintiff and it is expected another firm will be representing Plaintiff for its appellate matter) other than to file this notice of appeal to preserve Plaintiff's right to appeal.").  To

the extent M.A. Mobile has not obtained new counsel by the time the Court hears this matter, IIT respectfully requests that any withdrawal be conditioned on M.A. Mobile's retention of counsel.

Dated: October 18, 2019                                GOODWIN PROCTER LLP


By: /s/ *Neel Chatterjee*
        Neel Chatterjee
        Michael T. Jones
        Brendan E. Radke
        Elizabeth J. Low

Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

2      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3    United States District Court for the Northern District of California by using the CM/ECF system

4    on October 18, 2019.  I further certify that all participants in the case are registered CM/ECF users

5    and that service will be accomplished by the CM/ECF system.

6      I certify under penalty of perjury that the foregoing is true and correct.  Executed on October

7    18, 2019, in Nashville, Tennessee.

8                                                                     */s/  Neel Chatterjee*

9                                                                    Neel Chatterjee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSE TO THE MOTION TO WITHDRAW
CASE NO. 08-cv-2658-WHO