UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A. MOBILE LTD., <br><br> Plaintiff, <br><br> v. <br><br> INDIAN INSTITUTE OF TECHNOLOGY KHARAGPUR, et al., <br><br> Defendants. | Case No. 3:08-cv-02658-WHO <br><br> **ORDER GRANTING EXTENSION OF TIME TO OPPOSE MOTION TO WITHDRAW** <br><br> Re: Dkt. No. 675 |

On November 1, 2019, specially appearing counsel for plaintiff M.A. Mobile requested an extension of time to oppose Sanjiv Singh's motion to withdraw as counsel for M.A. Mobile, which was filed on October 4, 2019. Dkt. No. 675. Finding good cause, the motion for an extension of time is GRANTED. M.A. Mobile may oppose the motion to withdraw on or by November 8, 2019. Singh may reply on or by November 15, 2019.

**IT IS SO ORDERED.**

Dated: November 4, 2019

William H. Orrick
United States District Judge