1  David M. Hellman, Esq. (SBN: 53736)
   Law Office of David M. Hellman
2  851 Irwin Street, Suite 205
   San Rafael, CA 94901
3  Phone: (415) 457-4411
   Fax: (415) 457-0356
4
   Ad Hoc Attorney for Purpose of Filing Notice
5  on behalf of Plaintiff, M.A. MOBILE LTD.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  M.A. MOBILE LTD.,                    Civil Action No. 3:08-cv-02658-WHO

12          Plaintiff,                   NOTICE OF FILING OF
                                         CHAPTER 15 BANKRUPTCY
13      v.                               PROCEEDING FOR PLAINTIFF,
                                         M.A. MOBILE LTD.
14  INDIAN INSTITUTE OF TECHNOLOGY
    KHARAGPUR, et al.,
15
            Defendants.
16

17

18      The undersigned in the capacity of Ad Hoc Attorney has attached the Chapter 15

19  Notice of Bankruptcy Case Filing recognizing a foreign proceeding.   This was filed

20  February 05, 2021, and a copy of that Bankruptcy Court Notice is attached to this Notice

21  for filing in this matter.

22  Dated: February 05, 2021

                                         [signature]
23                                       David M. Hellman
                                         Ad Hoc Attorney for Purposes of Filing
24                                       Notice on behalf of
                                         Plaintiff, M.A. MOBILE LTD.
25

26

27

28

United States Bankruptcy Court
California Northern Bankruptcy Court

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 15 of the United States Bankruptcy Code, entered on 02/05/2021 at 3:14 PM and filed on 02/05/2021.

**M.A. Mobile LTD**
Commonwealth of Dominica
Corner of Church Street and Old Street
Roseau, DO 99999
Tax ID / EIN: 11-1111111



The debtor's attorney is:

**David M Hellman**
Law Office of David M. Hellman
851 Irwin Street
Suite 205
San Rafael, CA 94901
415-457-4411

The case was assigned case number 21-30101 to Judge Dennis Montali.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 450 Golden Gate Avenue, 18th Fl., Mail Box 36099, San Francisco, CA 94102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Edward J. Emmons**
**Clerk, U.S. Bankruptcy Court**